*D. Cady*, for the motion.

*H. P. Hunt*, contra.

---

### JONES *against* SPICER.

THIS cause was removed by *habeas corpus*, returnable the 19*th* day of *August* last. The writ being returned and filed on the 7*th* of *August*, before the return day, the plaintiff took the usual rule to appear, and gave notice. The defendant not appearing pursuant to the rule, the plaintiff entered a rule for a *procedendo;* which

*A rule to appear upon a habeas corpus, cannot be taken before the return day, though the writ be actually returned when the rule is entered.*

*W. Mulock* now moved to set aside as irregular.

*M. Ulshoeffer*, contra.

*Curia.* The plaintiff has proceeded irregularly. A rule cannot be taken upon process till the return day. It is so of rules to bring in the body on writs of *capias;* and the same of a *habeas corpus*.

Motion granted.